# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1217

_____

Pete Wright,                                          *
                                                      *
                    Appellant,                        *
                                                      *   Appeal from the United States
          v.                                          *   District Court for the Western
                                                      *   District of Missouri.
State of Missouri,                                    *
                                                      *   [UNPUBLISHED]
                    Appellee,                         *
                                                      *
George Lombardi; Larry Crawford,                      *
                                                      *
                    Defendants,                       *
                                                      *
Arthur Wood; Dave Dormire;                            *
Jay Cassady,                                          *
                                                      *
                    Appellees,                        *
                                                      *
Gary Rice,                                            *
                                                      *
                    Defendant,                        *
                                                      *
Deborah Hardin-Vinson; Oscar                          *
Johnson; Stanley Chris Swicord;                       *
Alfred Garcia; Dr. Rex Hardman,                       *
Missouri Department of Corrections,                   *
                                                      *
                    Appellees.                        *

_____

Submitted: September 7, 2010
Filed: September 16, 2010
_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.
_____

PER CURIAM.

Missouri inmate Pete Wright appeals the district court's[1] partial dismissal and partial adverse grant of summary judgment in his pro se action alleging federal civil rights and state law tort claims. Following careful de novo review, we find that dismissal and summary judgment were appropriate for the reasons discussed in the district court's orders. See Wojewski v. Rapid City Reg'l Hosp., 450 F.3d 338, 342 (8th Cir. 2006) (de novo review of order granting summary judgment); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915(e)). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Wright's pending motion.

_____

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.